UNITED STATES of America, Plaintiff–Appellee

v.

Andres Saenz REYNA, Defendant–Appellant.

No. 07–41275

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 22, 2008.

Richard Lee Moore, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Texas, Tyler, TX, for Plaintiff–Appellee.

Roger Neil Moss, Roger Neil Moss Law Office, Lufkin, TX, for Defendant–Appellant.

Before KING, BARKSDALE, and OWEN, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Andres Saenz Reyna has moved for leave to withdraw and has filed a brief in accor-

---

dance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Reyna has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

